

Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
United States of America

T: +1 312 782 0600
F: +1 312 701 7711

mayerbrown.com

June 16, 2026

**Richard E. Nowak**
Partner
T: +1 312 701 8314
RNowak@mayerbrown.com

**VIA ECF**

The Honorable Dale E. Ho
United States District Judge
USDC Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Walsh v. Delta Dental Plans Association, et al.*
    No. 1:25-cv-10801-DEH-VF

Dear Judge Ho:

Plaintiffs Kevin Walsh and Robin Cohen ("Plaintiffs") and Defendants Delta Dental of New Jersey and Delta Dental of Connecticut (collectively "Defendants") jointly request permission to each file a memorandum of law of up to **thirty (30) pages** in support of, and in opposition to, Defendant's anticipated motion to dismiss.  In support of the joint request, the parties state as follows. According to the Order of May 26, 2026 (ECF No. 191), the deadline for Defendants to answer or otherwise respond to the Second Amended Complaint is June 22, 2026. Defendants anticipate filing a single joint motion to dismiss on that date. Because Plaintiffs raised 11 separate claims presenting both federal-law and state-law questions, the Parties jointly request permission to each file a memorandum of law of up to **thirty (30) pages** in support and in opposition, respectively, of the anticipated motion to dismiss.

Thank you for your consideration in this matter.

Respectfully submitted,

*/s/ Richard E. Nowak*
Richard E. Nowak (*pro hac vice*)
Mayer Brown LLP

*Counsel for Delta Dental of New Jersey, Inc. and Delta Dental of Connecticut, Inc.*

cc: all counsel of record (via ECF)

Application **GRANTED**.  Defendants shall file a single consolidated brief in support of their Motion to Dismiss, and a single consolidated Reply.

The Clerk of Court is respectfully directed to close ECF No. 197.

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: June 22, 2026
New York, New York

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown Hong Kong LLP (a Hong Kong limited liability
partnership) and Tauil & Chequer Advogados (a Brazilian law partnership).